**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Johnny Lynn BAKER, Defendant–Appellant.**

**No. 11–7248.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 27, 2012.

Decided: March 30, 2012.

D. Craig Hughes, Law Offices of D. Craig Hughes, Houston, Texas, for Appellant. Neil H. MacBride, United States Attorney, Elizabeth C. Wu, Assistant United States Attorney, Samuel E. Fishel, Special Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, KING, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Lynn Baker appeals the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp.2011) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Baker*, Nos. 3:07–cr–

00435–JRS–1; 3:10–cv–00762–JRS, 2010 WL 4362649 (E.D.Va. Oct. 20, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*